United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC., ) | Case No.: 5:13-CV-05058-LHK (HRL) |
| ) | |
| Plaintiff, ) | ORDER GRANTING NETAPP, INC.'S |
| ) | ADMINISTRATIVE MOTION FOR |
| v. ) | LEAVE TO FILE SUR-REPLY |
| ) | |
| NIMBLE STORAGE, INC., MICHAEL ) | |
| REYNOLDS, an individual, and Does 1-50, ) | |
| ) | |
| Defendants. ) | |

Having reviewed NetApp's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendants' Motions to Dismiss and Strike (ECF No. 85-3) and Nimble Storage, Inc.'s Opposition (ECF No. 88), the motion is hereby GRANTED.  NetApp shall file its sur-reply by August 29, 2014.

**IT IS SO ORDERED.**

Dated: August 4, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1