UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC., | Case No.: 5:13-CV-05058-LHK |
| Plaintiff, | ORDER TO FILE SUPPLEMENTAL BRIEFING |
| v. | |
| NIMBLE STORAGE, INC., MICHAEL REYNOLDS, an individual, and Does 1-50, | |
| Defendants. | |

The Court hereby ORDERS Plaintiff NetApp, Inc. to file a three-page supplemental brief regarding Defendants Nimble Storage Inc. and Michael Reynolds' ("Defendants") arguments discussed on Page 10, footnote 8, of Defendants' Reply in Support of Motion to Dismiss, ECF No. 80. NetApp shall file the supplemental brief by noon on Wednesday, October 15, 2014.

**IT IS SO ORDERED.**

Dated: October 13, 2014

_____
LUCY H. KOH
United States District Judge