UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIMBLE STORAGE, INC., MICHAEL REYNOLDS, an individual, and Does 1-50, <br><br> Defendants. | Case No.: 5:13-CV-05058-LHK <br><br> ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

The hearing on Defendants' Nimble Storage, Inc. and Michael Reynolds Motion to Dismiss Second Amended Complaint, ECF No. 74, and Motion to Strike Second Amended Complaint, ECF No. 73, currently set for October 16, 2014 at 1:30 p.m., is hereby VACATED.

In addition, the case management conference set for October 16, 2014 at 1:30 p.m. is continued to January 28, 2015 at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by January 21, 2015.

**IT IS SO ORDERED.**

Dated: October 15, 2014

_____
LUCY H. KOH
United States District Judge