UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIMBLE STORAGE, INC., et al., <br><br> Defendants. | Case No.: 13-CV-05058-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Karineh Khachatourian; Daniel McCloskey
Defendants' Attorneys: Patrick Premo; Jaideep Venkatesan

    A case management conference was held on January 28, 2015. A further case management conference is set for April 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 22, 2015. No other deadlines in the case schedule are affected by this Order.

    The parties shall file, by January 29, 2015, a joint statement regarding whether they would like a referral to a Magistrate Judge for a settlement conference.

    At the case management conference, the Court made the following rulings regarding the parties' discovery disputes on the record:

- The parties will meet-and-confer in person every 21 days.

- Michael Reynolds ("Mr. Reynolds") will appear for a deposition in the Bay Area. NetApp, Inc. ("NetApp") and Nimble Storage, Inc. ("Nimble") will split the cost of airfare and lodging for Mr. Reynolds.

1

Case No.: 13-CV-05058-LHK
CASE MANAGEMENT ORDER

- Mr. Reynolds will produce responsive communications that took place before Mr. Reynolds joined Nimble (1) between Mr. Reynolds and his former employer, and/or (2) between Mr. Reynolds and Nimble regarding (a) Mr. Reynolds' departure from TDC and/or (b) Mr. Reynolds' joining Nimble. The parties will meet and confer regarding production of Mr. Reynolds' communications with his former employer and/or Nimble regarding NetApp that took place before Mr. Reynolds joined Nimble.

- Nimble will make a Rule 30(b)(6) witness available for deposition by February 27, 2015.

- The parties will meet and confer regarding NetApp's contention that Defendants' discovery requests are overbroad.

- Mr. Reynolds has given NetApp a two-week extension to respond to discovery served by Mr. Reynolds on December 23, 2014. The Court will not grant any further extension to respond to these requests.

- Defendants will respond to NetApp's special interrogatories by February 11, 2015.

- Thus far, NetApp has only produced 58 documents. The parties will meet and confer regarding the adequacy of NetApp's document production.

- Thus far, NetApp has produced 21 emails. The parties will meet and confer regarding the adequacy of NetApp's production of emails.

- The parties will meet and confer regarding the adequacy of NetApp's responses to interrogatories and requests for production (e.g. objecting per FRCP 33(d) without identifying specific documents).

**IT IS SO ORDERED.**

Dated: January 29, 2015

_____
LUCY H. KOH
United States District Judge