UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NIMBLE STORAGE, INC., et al.,<br><br>        Defendants. | Case No.:13-CV-05058-LHK<br><br>**ORDER REFERRING PARTIES TO A SETTLEMENT CONFERENCE BEFORE A U.S. MAGISTRATE JUDGE** |

The parties are hereby referred to a settlement conference before U.S. Magistrate Judge Paul Grewal. Judge Grewal will expedite the settlement conference and is even available within the next 14 days if the parties are available in that timeframe. The parties are ordered to contact Judge Grewal's Courtroom Deputy by Monday, February 2, 2015. The Court defers to Judge Grewal as to who must be present at the settlement conference, and in what form.

**IT IS SO ORDERED.**

Dated: January 30, 2015

                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

2

Case No.: 13-CV-05058-LHK
ORDER REFERRING PARTIES TO A SETTLEMENT CONFERENCE BEFORE A U.S. MAGISTRATE JUDGE