DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
David T. Xue, Ph.D. (CA SBN 256668)
dtxue@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Plaintiff
NETAPP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC.,<br><br>                   Plaintiff,<br>       v.<br><br>NIMBLE STORAGE, INC., MICHAEL REYNOLDS, an individual, and Does 1-50,<br><br>                   Defendants. | Case No. 5:13-cv-05058-LHK (HRL)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of 18 and not a party to the within action. My business address is Duane Morris LLP, 2475 Hanover Street, Palo Alto, California 94304-1194.

On the date set forth below, I served a copy of the following document(s):

**SETTLEMENT CONFERENCE PROCEDURES**

together with a signed copy of this declaration, on all interested parties in this action addressed and sent as follows:

**SEE ATTACHED SERVICE LIST**

[ X ]   **BY MAIL:** (By Following Office Business Practice): I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]   **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express for next business day delivery (by 10:30 a.m.).

[ X ]   **BY ELECTRONIC MAIL:** I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing. I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the above addressees.

[ ]   **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth in the attached service list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 5, 2015, at Palo Alto, California.

Kathy Melendy

## SERVICE LIST
### *NetApp, Inc. v. Nimble Storage, Inc., et al.*
### Case No.: 5:13-cv-05058-LHK (HRL)

| | |
|---|---|
| Patrick E. Premo<br>ppremo@fenwick.com<br>Dan Ko Obuhanych<br>dobuhanych@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | *Attorneys for Defendant*<br>*NIMBLE STORAGE, INC.* |
| Jaideep Venkatesan<br>jvenkatesan@be-law.com<br>Grace Y. Park<br>gpark@be-law.com<br>BERGESON, LLP<br>2033 Gateway Place, Suite 300<br>San Jose, CA 95110-3715 | *Attorneys for Defendant*<br>*MICHAEL REYNOLDS* |

DM2\5419961.1