PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
DAN KO OBUHANYCH (CSB No. 255160)
dobuhanych@fenwick.com
RONNIE SOLOMON (CSB No. 284923)
rsolomon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
NIMBLE STORAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>NIMBLE STORAGE, INC., and MICHAEL REYNOLDS, an individual, and Does 1-50,<br><br>           Defendants. | Case No.: 5:13-cv-05058-PSG<br><br>[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE ON NETAPP, INC.'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH PARAGRAPH 4.A OF THE APPENDIX TO THE SETTLEMENT AGREEMENT<br><br>Complaint Filed: October 29, 2013<br><br>Case Dismissed: March 23, 2015<br><br>Hearing Date: August 25, 2015<br>Time: 10:00 a.m.<br>Courtroom.: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

Having read and considered Plaintiff NetApp, Inc.'s Motion for Expedited Briefing Schedule on its Motion for Extension of Time to Comply with Paragraph 4.a of the Appendix to the Settlement Agreement, Defendant Nimble Storage, Inc.'s Opposition to Plaintiff NetApp's Motion for Expedited Briefing Schedule, and finding good cause therefor, the Court hereby rules as follows. Based in part on Nimble's agreement to toll compliance with the thirty (30) day time period set forth in Paragraph 4.a of the Appendix to the Settlement Agreement to allow time for the Court to rule on the pending motion currently scheduled for August 25, 2015 at 10 am, the parties shall adhere to the following briefing schedule:

1. Defendants shall file and serve their opposition to NetApp's Motion for Extension of Time to Comply with Paragraph 4.a of the Appendix to the Settlement Agreement on **August 3, 2015**; and

2. Plaintiff shall file and serve its reply in support of NetApp's Motion for Extension of Time to Comply with Paragraph 4.a of the Appendix to the Settlement Agreement on **August 10, 2015**.

**IT IS SO ORDERED.**

Dated: July 16, 2015

The Honorable Paul S. Grewal
United States Magistrate Judge