UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETAPP, INC., | Case No. 5:13-cv-05058-PSG |
| Plaintiff, | **ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| NIMBLE STORAGE, INC., et al., | **(Re: Docket No. 143)** |
| Defendants. | |

Upon review of Plaintiff NetApp, Inc.'s motion to enforce settlement agreement and Defendants Nimble Storage, Inc., Michael Reynolds, Daniel Weber, Sandhya Klute, Neil Glick, Timothy Binning and Christopher Alduino's (collectively, "Nimble") opposition, the court has several further questions for the parties:



---

[1] *See* Docket Nos. 150-6, 150-20.

[2] *See* Docket No. 150-6 at ¶ 27.

1

Case No. 5:13-cv-05058-PSG
ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT

███

████████████████

The parties shall appear for oral argument as to these discrete issues on Wednesday, September 2, 2015 at 10:00 AM. Given the confidential nature of the settlement at issue, the court will close the courtroom and seal any associated transcripts.

**SO ORDERED.**

Dated: August 28, 2015

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See id.*; Docket No. 132-5, App. A at ¶ 4.

2

Case No. 5:13-cv-05058-PSG
ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT